# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:18-cv-00453-FDW
# (3:13-cr-00163-FDW-1)

| | |
|---|---|
| PATRICIA DIANE CLARK, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Petitioner's letter [Doc. 15], which the Court construes as a motion for a certificate of appealability.

On May 9, 2019, the Court dismissed Petitioner's Section 2255 Motion to Vacate, Set Aside, or Correct Sentence with prejudice as untimely and expressly declined to issue a certificate of appealability. [Doc. 13 at 4].

Now, the Petitioner moves the Court to issue her a certificate of appealability. [Doc. 15]. Under Rule 11(a) of the Rules Governing Section 2255 cases, "[i]if the court denies a certificate, a party may not appeal the denial but may seek a certificate from the court of appeals under Federal Rule of Appellate Procedure 22." As such, the Petitioner's motion is not properly before this Court and it will be denied.

**IT IS, THEREFORE, ORDERED** that:

Petitioner's motion for a certificate of appealability [Doc. 15] is **DENIED**.

Signed: July 3, 2019

Frank D. Whitney
Chief United States District Judge